23174. GARRISON *v.* THE STATE.

GUERRY, J. 1. The evidence demanded the verdict finding the accused guilty of adultery and fornication.

2. The special assignment of error is without merit. The State abandoned its prosecution for seduction and insisted only on the charge of adultery and fornication. The remark of the trial judge which is complained of might have been harmful in a trial for seduction, but it was harmless in the present case.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J. concur.*

DECIDED JULY 7, 1933.

*H. A. Allen,* for plaintiff in error.
*Claude C. Smith, solicitor-general,* contra.